CENTER FOR DISABILITY ACCESS
Elliott Montgomery, Esq., SBN 279451
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, SBN 279082
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
Elliottm@potterhandy.com

Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN 99568)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. : 5:21-cv-08173-LHK |
| Plaintiff, | |
| v. | **Joint Statement of the Parties re: Reassignment of Case** |
| **Daom, Inc.**, a California Corporation | |
| Defendants. | **Honorable Lucy H. Koh** |

Pursuant to the order of this court following elevation of Judge Koh to the Ninth Circuit, the parties state the following:

The parties consent to the jurisdiction of Magistrate Judge Alex G. Tse for all purposes.

1

| | | |
|---|---|---|
| Dated: January 4, 2022 | | CENTER FOR DISABILITY ACCESS |

By:  */s/Elliott Montgomery*
Elliott Montgomery, Esq.
Attorney for Plaintiff

Dated: January 4, 2022              VAUGHAN & ASSOCIATES LAW
                                                       OFFICE, APC

By:  */s/Cris C. Vaughan*
Cris C. Vaughan
Attorney for Defendant

2

Joint Statement re: Reassignment                             Case No. .: 5:21-cv-08173-LHK

## **SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: January 4, 2022                              CENTER FOR DISABILITY ACCESS

                                                          By:   */s/Elliott Montgomery*
                                                          Elliott Montgomery, Esq.
                                                          Attorney for Plaintiff